**Order entered May 11, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00024-CV

### SCOTTIE PARKS, Appellant

### V.

### INVESTMENT RETRIEVERS, Inc., Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-06081-E**

## ORDER

Appellant Scottie Parks's May 5, 2015 "motion for extension of time to file supplemental brief" is **DENIED.**

/s/    ADA BROWN
        JUSTICE